| | | | |
|---|---|---|---|
| Com. v. Carnell | 1210 MDA 2012<br>Affirmed | 09/21/2016 | CP–29–CR–0000065–2011<br>(Fulton) |
| In the Int. of: J.M.C. | 1265 MDA 2015<br>Affirmed | 09/21/2016 | CP–21–JV–0000086–2015<br>(Cumberland) |
| In the Interest of: A.E. | 1793 MDA 2015<br>Affirmed | 09/21/2016 | CP–22–JV–0000440–2015<br>(Dauphin) |
| Earnest v. Mazza Law Group | 2052 MDA 2015<br>Affirmed | 09/21/2016 | 2015–3376<br>(Centre) |
| Com. v. Jack [25] | 761 WDA 2015<br>Affirmed | 09/21/2016 | CP–02–CR–0003132–2008<br>(Allegheny) |
| Com. v. Gentile | 899 WDA 2015<br>Affirmed | 09/21/2016 | CP–63–CR–0000915–2014<br>(Washington) |
| Snyder v. Snyder | 1115 WDA 2015<br>Affirmed,<br>Reversed and<br>Remanded | 09/21/2016 | FD–11–007157–016<br>(Allegheny) |
| Harp Landscaping v. O'Linchy | 1148 WDA 2015<br>Affirmed | 09/21/2016 | No. 2015–484<br>(Mercer) |
| Dellaria v. Anzalone [26] | 3 WDA 2016<br>Affirmed | 09/21/2016 | 2014–5146<br>(Washington) |
| Com. v. Harvey | 3440 EDA 2013<br>Affirmed | 09/22/2016 | CP–51–CR–1300783–2006<br>(Philadelphia) |
| Com. v. Sherrill | 2284 EDA 2015<br>Affirmed | 09/22/2016 | CP–51–CR–0013030–2014<br>(Philadelphia) |
| DiGiovanni v. Murphy | 2902 EDA 2015<br>Affirmed | 09/22/2016 | November Term, 2013<br>No. 01291<br>(Philadelphia) |
| Com. v. Collins | 3267 EDA 2015<br>Affirmed | 09/22/2016 | CP–45–CR–0001205–2000<br>(Monroe) |
| Hageman v. Pittenger | 3303 EDA 2015<br>Affirmed | 09/22/2016 | 2009–01482<br>(Pike) |
| In the Interest of: D.C. | 3624 EDA 2015<br>Affirmed | 09/22/2016 | CP–51–DP–0001815–2015<br>FID: 51–FN–1533–2015<br>(Philadelphia) |
| Berger v. PECO Energy | 3778 EDA 2015<br>Affirmed | 09/22/2016 | No. 2014–04507<br>(Chester) |
| N.G. v. C.G. | 1941 MDA 2015<br>Quashed | 09/22/2016 | 2011–CV–04775–CU<br>(Dauphin) |

25. Petition for reargument denied December 2, 2016.
26. Petition for reargument denied October 28, 2016.